United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Edgar B. Valladares, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-21495-Civ-Scola |
| | ) |
| Eastside Pizza, Inc., and Dawn M. Hurlburt, Defendants. | ) |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement and to dismiss the case. (Jt. Mot. to Approve Settlement and to Dismiss Case with Prej., ECF No. 8.) Having reviewed the parties' motion and the relevant legal authorities the Court finds the settlement fair and reasonable: the parties stipulate Plaintiff is receiving 100 percent of the wages he contends he is owed, plus liquidated damages, as well as costs and reasonable attorneys' fees. Based on this stipulation, the Court need not scrutinize the parties' actual settlement agreement.

The Court **grants** the parties' motion for approval of the settlement (**ECF No. 8**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement until June 18, 2020. All pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on May 18, 2020.

_____
Robert N. Scola, Jr.
United States District Judge